O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTON NARINSKIY, | Case No. 2:13-cv-01984-ODW(JCGx) |
| --- | --- |
| Plaintiff, | **ORDER DENYING REQUEST TO CONTINUE SCHEDULING CONFERENCE [11]** |
| v. | |
| LOS ANGELES POLICE DEPARTMENT; OFFICER KEITH, and OFFICER PARK, | |
| Defendants. | |

The parties' stipulation to continue the scheduling conference is **DENIED**. (ECF No. 11.) Instead, the Court hereby **VACATES** the scheduling conference, and no appearances are necessary. The Court will issue a case-management order based on the parties' Rule 26(f) report, which is due no later than June 17, 2013. (*See* ECF No. 10.)

**IT IS SO ORDERED.**

June 3, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**