O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON NARINSKIY, <br><br>　　　　　Plaintiff, <br>　　v. <br><br>LOS ANGELES POLICE DEPARTMENT; OFFICER KEITH, and OFFICER PARK, <br><br>　　　　　Defendants. | Case No. 2:13-cv-01984-ODW(JCGx) <br><br>**ORDER DENYING REQUEST TO CONTINUE SCHEDULING CONFERENCE [11]** |

　　　　Under Rule 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on March 20, 2013. The 120-day deadline passed on July 18, 2013. No proof of service has been filed with the Court, and the individual Defendants, Officers Keith and Clark, have not appeared in this case.

　　　　Plaintiff is hereby **ORDERED TO SHOW CAUSE** why these Defendants have not been timely served. Plaintiff has 7 days to comply with this order; or if

/ / /
/ / /
/ / /
/ / /
/ / /

Defendants have been served, Plaintiff has 7 days to file the proof of service. No hearing will be held on this matter. Failure to timely respond will result in the dismissal of these Defendants.

**IT IS SO ORDERED.**

July 19, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**