# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON NARINSKIY,<br><br>            Plaintiff,<br>    v.<br><br>THE LOS ANGELES POLICE DEPARTMENT, OFFICER KEITH #39401, AND OFFICER CLARK #39087,<br><br>            Defendants. | Case No. 2:13-cv-01984-ODW(JCGx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On November 13, 2013, Judge Gandhi informed the Court that the parties fully settled the case. (ECF No. 24.) The Court therefore **ORDERS** the parties **TO SHOW CAUSE** by **Monday, December 9, 2013**, why the settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon filing of a notice of voluntary dismissal or proposed dismissal order.

**IT IS SO ORDERED.**

November 18, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**